FILED
CLERK, U.S. DISTRICT COURT

MAR 23 2015

CENTRAL DISTRICT OF CALIFORNIA
BY ___DC___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 5:15MJ111-DUTY |
| Plaintiff, | ORDER OF DETENTION |
| v. | (FED.R. CRIM. P.32.1(a)(6); 18 U.S.C. § 3143(a)) |
| Jesus Nava | |
| Defendant. | |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the __Southern__ District of __California__ for alleged violation(s) of the terms and conditions of probation or supervised release; and

Having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a), the Court finds that:

A. (✓)  The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the following:

- INSUFFICIENT BAIL RESOURCES
- ACTIVE WARRANT
- EXTENSIVE CRIMINAL HISTORY / FTAs / VIOLATION OF COURT ORDERS (PAROLE VIOLATIONS)

1 and/or

2 B.   ( )   The defendant has not met his/her burden of establishing by clear and
3         convincing evidence that he/she is not likely to pose a danger to the
4         safety of any other person or the community if released under 18
5         U.S.C. § 3142(b) or (c). This finding is based on the following:

6 _____
7 _____
8 _____
9 _____

12 IT THEREFORE IS ORDERED that the defendant be detained pending the further
13 revocation proceedings.

15 Dated: 3/23/15

HONORABLE DAVID T. BRISTOW
United States Magistrate Judge

2